RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jose Guillermo Tello-Albarran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUILLERMO TELLO-ALBARRAN,<br><br>Defendant. | Case No. 2:19-cr-00133-APG-VCF-12<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jose Guillermo Tello-Albarran, that the Arraignment and Plea Hearing currently scheduled on May 30, 2019 at 10:00 a.m., be vacated and continued to June 7, 2019 at 3:00 p.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district at the Defender's Conference.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1. This is the first request for a continuance of the Arraignment and Plea hearing.

2. DATED this 24th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Kevin Douglas Schiff*<br>By_____<br>KEVIN DOUGLAS SCHIFF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE GUILLERMO TELLO-ALBARRAN,<br><br>    Defendant. | Case No. 2:19-cr-00133-APG-VCF-12<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Arraignment and Plea hearing currently scheduled for Thursday, May 30, 2019 at 10:00 a.m., be vacated and continued to Friday, June 7, 2019 at the hour of 2:30 p.m., in courtroom 3C.

    DATED this 24th of May, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE